AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Cayla Danielle Lindsay<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No.  5:21-mj-00016 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 26, 2021** in the county of **Raleigh** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Distributioin of heroin, a schedule I controlled substance. |

This criminal complaint is based on these facts:

On January 26, 2021, defendant distributed heroin to a confidential informant working with law enforcement during a controlled drug buy. The controlled drug buy was audio and video recorded. The drugs distributed by defendant have been tested by the WV State Police Crime Lab and confirmed to contain heroin, a schedule I controlled substance.

☐ Continued on the attached sheet.

*Complainant's signature*

David J. Bullard, Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/05/2021

Omar J. Aboulhosn
United States Magistrate Judge
*Printed name and title*

City and state: Beckley, West Virginia