# Courtroom Minute Entry

**Room:** Beckley  
**Caption:** USA v. Cayla Danielle Lindsay  
**Case No.:** 5:21-mj-00016  
**Judge:** Omar Aboulhosn  
**Type:** IA & Pre-DH

**Started:** 5/6/2021 3:34:10 PM  
**Ends:** 5/6/2021 3:43:01 PM  **Length:** 00:08:52

Judge Omar Aboulhosn  
Courtroom Deputy: Tammy Davis  
Court Reporter: CourtSmart  
AUSA: Timothy Boggess  
CJA Panel Attorney: Kristopher Faerber  
Defendant: Cayla Danielle Lindsay  
USPO Assistant: Justin Arthur

**INITIAL APPEARANCE ON CRIMINAL COMPLAINT**

| Time | Event |
|---|---|
| 3:36:09 PM | Judge Omar Aboulhosn |
| 3:36:11 PM | Calls case |
| 3:36:18 PM | Would counsel please note your appearances for the record? |
| 3:36:20 PM | AUSA: Timothy Boggess |
| 3:36:21 PM | Notes appearance on behalf of the United States. |
| 3:36:22 PM | CJA Panel Attorney: Kristopher Faerber |
| 3:36:24 PM | Notes appearance on behalf of the defendant who is seated to my right. |
| 3:36:26 PM | Judge Omar Aboulhosn |
| 3:36:28 PM | States basis of the defendant's arrest |
| 3:36:31 PM | States rights of defendant and defendant acknowledges these rights. |
| 3:36:49 PM | Defendant: Cayla Danielle Lindsay |
| 3:36:53 PM | States personal information |
| 3:36:58 PM | Judge Omar Aboulhosn |
| 3:37:00 PM | The Court has reviewed the financial affidavit submitted by the defendant and finds the defendant does |
| 3:37:02 PM | qualify for court-appointed counsel. |
| 3:37:08 PM | Orders the appointment of Mr. Faerber to represent the defendant in this case. |
| 3:37:12 PM | States additional rights of defendant and defendant acknowledges these rights. |
| 3:37:18 PM | States violation(s) in charging document and possible penalties. |
| 3:37:33 PM | The defendant has a right to a Preliminary Hearing to determine if there is probable cause. |
| 3:37:37 PM | **The Preliminary Hearing will be held before me on Monday, May 10, 2021 at 11:00 a.m. in Beckley.** |
| 3:37:48 PM | The United States has filed a Motion for Detention Hearing. |
| 3:38:00 PM | **PRE-DETENTION HEARING** |
| 3:38:01 PM | Due to COVID-19, we will have a Pre-Detention Hearing today. |
| 3:38:14 PM | AUSA: Timothy Boggess |
| 3:38:18 PM | Proffers to the Court as to the defendant's criminal history and recent actions. The defendant tested |
| 3:39:11 PM | positive for drug use today, your honor. |
| 3:39:29 PM | CJA Panel Attorney: Kristopher Faerber |
| 3:39:35 PM | Proffers to the Court as to her release |
| 3:39:59 PM | Judge Omar Aboulhosn |
| 3:40:01 PM | With her being on home confinement, drug use is prohibited. |
| 3:40:20 PM | She has not complied with terms and conditions, Mr. Faerber. |
| 3:40:32 PM | CJA Panel Attorney: Kristopher Faerber |
| 3:40:34 PM | Yes, your honor, she does have a significant drug use problem and is 27 weeks pregnant. |
| 3:40:52 PM | Offers suggestions as to various forms of release for the Court's consideration. |
| 3:41:15 PM | AUSA: Timothy Boggess |
| 3:41:18 PM | Proffers to the Court |
| 3:41:23 PM | Judge Omar Aboulhosn |
| 3:41:25 PM | For the purpose of today's hearing - the fact she is 27 weeks pregnant and is using drugs, I will order |
| 3:41:45 PM | she be detained today. |
| 3:41:54 PM | I will direct probation to work with you Mr. Faerber as to a possible placement for her drug use. |
| 3:42:25 PM | We will have a full Detention Hearing on Monday with the benefit of having a Pretrial Services Report. |
| 3:42:49 PM | In the meantime, the defendant is remanded to the custody of the United States Marshals pending the |
| 3:42:50 PM | Preliminary and Detention Hearings on Monday. |

| | |
|---|---|
| **3:42:52 PM** | Is there anything else we need to take care of?<br>Hearing adjourned |